# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

**IN RE:**

| | |
|---|---|
| **SUZANNE MARIE FAULKNER** | **21-02348-5-DMW** |
| **DEBTOR(S)** | **CHAPTER 13** |

### NOTICE OF APPEARANCE PURSUANT TO RULE 9010 (b) and REQUEST FOR NOTICES UNDER RULE 2002

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Rule 9010 (b) of the Federal Rules of Bankruptcy Procedure enters the appearance of:

LOGS Legal Group LLP
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

as counsel for Wells Fargo Bank, N.A., a creditor of the above named Debtor(s).

**REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure be mailed to counsel.

*/s/Andrew Lawrence Vining*
Andrew Lawrence Vining
NC Bar No. 48677
LOGS Legal Group LLP
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
email: avining@logs.com
(704) 333-8107
Electronic Service Notifications:
LOGSECF@logs.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

IN RE:

**SUZANNE MARIE FAULKNER**                    **21-02348-5-DMW**
**DEBTOR(S)**                                              **CHAPTER 13**

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Suzanne Marie Faulkner
PO Box 1854
Pittsboro, NC 27312

(Served via Electronic Notification Only)
Travis Sasser
2000 Regency Parkway, Suite 230
Cary, NC 27518

(Served via Electronic Notification Only)
John F. Logan
Office Of The Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661-1039

This the 29th of October, 2021.

/s/Andrew Lawrence Vining
Andrew Lawrence Vining
NC Bar No. 48677
LOGS Legal Group LLP
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
email: avining@logs.com
(704) 333-8107
Electronic Service Notifications: LOGSECF@logs.com